UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-20372-PCH-Becerra

**UNITED STATES OF AMERICA**,

v.

**PETER KAMBOLIN,**

   Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 19], which was entered on October 11, 2023. In the R&R, Judge Becerra found that the Defendant Peter Kambolin, freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with conspiracy, in violation of Title 18 U.S.C. § 371, to commit commodities fraud in violation of Title 18 U.S.C. §§ 1348(1) and (2).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count I, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R and the parties have filed a Joint Statement of Non-Objection to the R&R [ECF No. 20]. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count I of the Indictment; and (3) a

sentencing hearing before the Honorable Paul C. Huck is set for **Monday, November 13, 2023, at 9:00 AM**.

**DONE AND ORDERED** in Miami, Florida on October 13, 2023.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record